**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>   Deshon Littrell Spencer, Sr.<br>   Toneca Richelle Camp<br>         Debtor(s) | Case No. 13 B 28757 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/18/2013.

2) The plan was confirmed on 09/23/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/20/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/06/2015.

5) The case was Dismissed on 11/19/2015.

6) Number of months from filing to last payment: 24.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,457.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$5,457.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $218.48 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,718.48** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Accounts Receivable Management | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Accounts Receivable Management | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 1,825.00 | 1,825.48 | 1,825.48 | 0.00 | 0.00 |
| AFNI | Unsecured | 1,593.00 | 1,208.69 | 1,208.69 | 0.00 | 0.00 |
| Ally Financial | Unsecured | 14,000.00 | 14,851.83 | 14,851.83 | 0.00 | 0.00 |
| American Family Insurance Company | Unsecured | 0.00 | 4,686.12 | 4,686.12 | 0.00 | 0.00 |
| American Financial CRE | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 10.00 | 559.27 | 559.27 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 300.00 | 342.63 | 342.63 | 0.00 | 0.00 |
| AT T | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| AT T Mobility | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| Cash America Jewelry & Loan Of Chicago | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 6,000.00 | 5,429.67 | 5,429.67 | 0.00 | 0.00 |
| Comcast | Unsecured | 618.00 | NA | NA | 0.00 | 0.00 |
| Comed Residential R | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 621.00 | 3,791.02 | 3,791.02 | 0.00 | 0.00 |
| Commonwealth Financial | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection B | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection B | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| DISH Network | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 0.00 | 68,551.85 | 68,551.85 | 0.00 | 0.00 |
| EMP of Chicago, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Escallate LLC | Unsecured | 799.00 | NA | NA | 0.00 | 0.00 |
| Franciscan Alliance | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Greater Chicago Finance | Unsecured | 0.00 | 3,515.21 | 3,515.21 | 0.00 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 5,653.00 | 3,333.74 | 3,333.74 | 847.85 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 0.00 | 1,235.90 | 1,235.90 | 314.31 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 0.00 | 1,642.02 | 1,642.02 | 417.60 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Bell Telephone Company | Unsecured | 281.00 | 359.83 | 359.83 | 0.00 | 0.00 |
| Illinois Collection SE | Unsecured | 4,183.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 77.84 | 77.84 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 698.00 | 624.24 | 624.24 | 158.76 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 72,039.00 | 3,363.07 | 3,363.07 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 418.68 | 418.68 | 0.00 | 0.00 |
| Northwestern Medical Faculty | Unsecured | 0.00 | 993.00 | 993.00 | 0.00 | 0.00 |
| Pendrick - RTI Level 4 | Unsecured | 621.00 | NA | NA | 0.00 | 0.00 |
| Peoples GAS Light AND COKE 266 | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| Premier Credit | Unsecured | 4,796.00 | NA | NA | 0.00 | 0.00 |
| Regional Acceptance Corp | Secured | 20,981.00 | 14,866.01 | 14,866.01 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 0.00 | 93.02 | 93.02 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 190.00 | 97.22 | 97.22 | 0.00 | 0.00 |
| Universal Fidelity Corporation | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Wellgroup Health Partners | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| WOW Chicago | Unsecured | 369.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,866.01 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$14,866.01** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $6,211.66 | $1,579.76 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $624.24 | $158.76 | $0.00 |
| **TOTAL PRIORITY:** | **$6,835.90** | **$1,738.52** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$110,164.43** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,718.48 |
| Disbursements to Creditors | $1,738.52 |
| **TOTAL DISBURSEMENTS :** | **$5,457.00** |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/19/2016                 By: /s/ Marilyn O. Marshall
                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**